243 So.2d 275

Louis L. EDMONSTON

v.

Eddie J. BADEAUX et al.

No. 51121.

Feb. 4, 1971.

There is no error of law in the judgment complained of.

243 So.2d 275

Kermit A. WILLIAMS and
John D. Koontz

v.

The PARISH OF EAST BATON ROUGE.

No. 51122.

Feb. 4, 1971.

Under the facts found by the Court of Appeal, the result is correct.